UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDERSON HAWKINS

VERSUS

CHARLES C. FOTI, JR., ET AL

CIVIL ACTION

NO. 07-207-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 17, 2007. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus filed by Anderson Hawkins will be dismissed with prejudice.

Baton Rouge, Louisiana, November  16  , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA